IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25CR190 |
| vs. | ORDER |
| YOHALEX GARCIA-VALLADARES, | |
| Defendant. | |

This matter is before the court on the motion of Attorney Jason E. Troia to withdraw as counsel for the defendant, Yohalex Garcia-Valladares (Filing No. 113). For good cause shown, Jason E. Troia's motion to withdraw (Filing No. 113) is granted.

A. Michael Bianchi, 2712 South 87th Avenue, Omaha, NE 68124, (402) 346-6700, is appointed to represent Yohalex Garcia-Valladares for the balance of these proceedings pursuant to the Criminal Justice Act. Jason E. Troia shall forthwith provide A. Michael Bianchi with the discovery materials provided the defendant by the government and such other materials obtained by Jason E. Troia which are material to Yohalex Garcia-Valladares's defense.

The clerk shall provide a copy of this order to A. Michael Bianchi, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

Dated this 19th day of September, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge